IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Nos. 95-10222 &
95-10466
Conference Calendar

_____


JACKIE O. TEEL,

Plaintiff-Appellant,

versus

PARKER COUNTY TEXAS; CITY OF WEATHERFORD, TEXAS;
JAMES O. JULLINS, Hon., 43rd Judicial District
Court of Texas; AMY ADAMS, District Atty., Parker
City, Tx.; PAULA JORDAN, Court Reporter; LANA
O. TIBBETS, District Court Clerk Parker County, Tx.,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC Nos. 4:94-CV-610-A & 4:94CV00610
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jackie Oliver Teel appeals the dismissal of his civil rights complaint as frivolous. Teel contends that a state-court judge should have recused himself and that the judge failed to provide him with a trial record, thereby denying him access to the courts.

_____

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

We have reviewed the record, the district court's opinion, and Teel's brief and conclude that Teel has failed to raise a constitutional issue.  Teel's appeal is frivolous and is DISMISSED.  <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); <u>see</u> 5th Cir. R. 42.2.  We caution Teel that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Teel is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.